```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

        **v.**                   Civil No. 08-3022

**VITA T. JESSE**                                                                 **DEFENDANT**

<u>**JUDGMENT**</u>

Now on this 9th day of March, 2010, for reasons set forth in a Memorandum Order entered contemporaneously herewith, the Court grants judgment in favor of plaintiff, the United States of America, and against the defendant, Vita T. Jesse, as follows:

**IT IS HEREBY ORDERED** that the United States of America, have and recover from Vita T. Jesse, the sum of Fourteen Thousand Five Hundred Thirty-One and 69/100 Dollars ($14,531.69), with interest from the date of this judgment until paid at the rate of .34% per annum, for all of which execution may issue.

**IT IS SO ORDERED.**

                                                <u>**/s/ JIMM LARRY HENDREN**</u>
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**